IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

HAWAII MASONS' HEALTH )    CIVIL NO. 14-00434 LEK-RLP
AND WELFARE FUND, by its )
Trustees, Herbert Inouye, Carl Ito, )
Vincent Nihipali, Sr., Donald Pang, )
Ryan Wada, Peter Iriarte, Nolan )
Moriwaki, Anthony Saito, Melvin P. )
Silva, Jr., Ricky Tamashiro; )
HAWAII MASONS' TRAINING )
FUND by its Trustees, Bert Beaman, )
Carl Ito, Glen Kaneshige, Donald )
Pang, Peter Iriarte, Nolan Moriwaki, )
Anthony Saito, Melvin P. Silva, Jr., )
Ricky Tamashiro; HAWAII )
MASONS' PENSION FUND by its )
Trustees, Anacleto Alcantra, Carl Ito, )
Rodney Kaichi, Mits Kaneshige, )
Donald Pang, Peter Iriarte, Allan Los )
Banos, Nolan Moriwaki, Anthony )
Saito, Ricky Tamashiro; HAWAII )
MASONS' VACATION AND )
HOLIDAY FUND by its Trustees, )
Carl Ito, Glen Kaneshige, Vincent )
Nihipali, Sr., Donald Pang, Ron )
Prescott, Peter Iriarte, Allan Los )
Banos, Nolan Moriwaki, Anthony )
Saito, Ricky Tamashiro;   HAWAII )
MASONS' AND PLASTERERS' )
ANNUITY FUND by its Trustees, )
Anacleto Alcantra, Carl Ito, Rodney )
Kaichi, Mits Kaneshige, Donald )
Pang, Peter Iriarte, Allan Los Banos, )
Nolan Moriwaki, Anthony Saito, )
Ricky Tamashiro, )
               Plaintiffs, )
 )
    vs. )
 )

DYNAMIC INTERIORS, LLC, a           )
limited liability company; EDDIE V.  )
AGUINALDO, individually; John        )
Does 1-10, Jane Does 1-10, Doe       )
Corporations 1-10, Doe Partnerships  )
1-10, Doe Governmental Agencies      )
1-10, Doe Trusts 1-10,               )
                                     )
                Defendants.          )
_____      )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on January 08, 2015.  Amended Findings and Recommendation having been filed

and served on all parties on January 14, 2015 and no objections having been filed

by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Amended

Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion

for Entry of Default Judgment Against Defendants Dynamic Interiors, LLC and

Eddie Aguinaldo" filed on January 14, 2015 (ECF No. [16]) are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 3, 2015.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HAWAII MASONS' HEALTH AND WELFARE FUND, ET AL. VS. DYNAMIC INTERIORS, LLC, ET AL; CIVIL 14-00434 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION**